**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **SALLIE WALKER** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs** | § | **CIVIL ACTION NO. 3:25-cv-00339** |
| | § | |
| | § | |
| **JACKSON PARISH** | § | |
| **CORRECTIONAL CENTER,** | § | |
| **Defendant.** | § | |

---

### ORDER ON MOTION TO APPEAR PRO HAC VICE

IT IS ORDERED that KATHRYN WILLIAMS be and is hereby admitted to the bar of

this Court pro hac vice on behalf of SALLIE WALKER in the above-described action.

SO ORDERED on this, the  17th  day of  June , 2025.

_____
U.S MAGISTRATE JUDGE