**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **SALLIE WALKER**<br>   *Plaintiff* | **CIVIL ACTION NO: 3:25-cv-00339** |
| **VERSUS** | **JUDGE: TERRY A. DOUGHTY** |
| **JACKSON PARISH CORRECTIONAL**<br>**CENTER**<br>   *Defendant* | **MAGISTRATE JUDGE: KAYLA D.**<br>**MCCLUSKY** |

## MOTION FOR PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Sallie Walker, and Defendant, Jackson Parish Correctional Center, who seek for this Court to enter the proposed Protective Order submitted herein. Counsel for the parties have conferred and agree that entry of a protective order is necessary to preserve the confidentiality of certain discoverable information. Neither party objects to the language included in the proposed protective order.

WHEREFORE, the parties, Plaintiff, Sallie Walker, and Defendant, Jackson Parish Correctional Center, respectfully request that the Court enter the proposed Joint Protective Order submitted herein.

Dated: November 26, 2025,     Respectfully submitted,

| | |
|---|---|
| */s/Kaitlin A. Wall_____*<br>KAITLIN A. WALL<br>Louisiana Bar No. 39462<br>EDWARD F. HAROLD<br>Louisiana Bar No. 21672<br>FISHER & PHILLIPS LLP<br>201 St. Charles Avenue, Suite 3710<br>New Orleans, Louisiana 70170<br>Telephone: (504) 522-3303<br>Facsimile: (504) 529-3850<br>Email:  eharold@fisherphillips.com<br>   kawall@fisherphillips.com<br>**COUNSEL FOR DEFENDANT** | /s/ *Kathryn Y. Williams____*<br>KATHRYN Y. WILLIAMS<br>Daniel, Williams & Associates PLLC<br>2201 Hermann Drive,<br>Houston, Texas, 77004-7613<br>Email:*k.williams@danielwilliamslaw.com*<br>**COUNSEL FOR PLAINTIFF** |

FP 60587799.1