**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

SALLIE WALKER                                CASE NO.  3:25-CV-00339

VERSUS                                       JUDGE TERRY A. DOUGHTY

JACKSON PARISH CORRECTIONAL       MAG. JUDGE KAYLA D.
CENTER                                       MCCLUSKY

**ORDER**

Considering the Unopposed Motion for Extension of Time to File Dispositive Motions [Doc. No. 18] filed by Defendant, Jackson Parish Correction Center,

**IT IS ORDERED** that the Motion is **GRANTED**, and the deadline for dispositive motions is extended by thirty (30) days or until April 13, 2026.

MONROE, LOUISIANA, this 12th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1