**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

**SALLIE WALKER**                          **CASE NO.  3:25-CV-00339**

**VERSUS**                                 **JUDGE TERRY A. DOUGHTY**

**JACKSON PARISH CORRECTIONAL**            **MAG. JUDGE KAYLA D.**
**CENTER**                                 **MCCLUSKY**

**ORDER**

Considering the Motion for Extension of Time to File Dispositive Motions [Doc. No. 20] filed by Defendant, Jackson Parish Correctional Center,

**IT IS ORDERED** that the Motion is **GRANTED**, and the deadline to file dispositive motions is extended to April 27, 2026.

MONROE, LOUISIANA, this 13th day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1