# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

SALLIE WALKER

VERSUS

JACKSON PARISH CORRECTIONAL
CENTER

CASE NO.  3:25-CV-00339

JUDGE TERRY A. DOUGHTY

MAG. JUDGE KAYLA D.
MCCLUSKY

## ORDER

Considering the Motion for Leave to Exceed Page Limitation [Doc. No. 26] filed by Plaintiff, Sallie Walker ("Plaintiff"),

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk of Court is requested to accept into the record Plaintiff's Proposed Memorandum in Opposition to Defendant's Motion for Summary Judgment [Doc. No. 26-1].

MONROE, LOUISIANA, this 20th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1