## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

SALLIE WALKER

VERSUS

JACKSON PARISH CORRECTIONAL
CENTER

CASE NO.  3:25-CV-00339

JUDGE TERRY A. DOUGHTY

MAG. JUDGE KAYLA D.
MCCLUSKY

### ORDER

Considering the Motion for Leave to File Exhibits Under Seal [Doc. No. 33] filed by Defendant, Jackson Parish Correctional Center ("Defendant),

**IT IS ORDERED** that Defendant file the proposed exhibits, that they wish to file under seal, for the Court's review.

**IT IS FURTHER ORDERED** that due to Defendant's pending motion for summary judgment [Doc. No. 23] and a scheduling conflict for the Court, the trial in this matter, set for July 13, 2026, is **CONTINUED**, and the Scheduling Order [Doc. No. 15] is **VACATED**. The Clerk of Court shall issue a new scheduling order after the Court resolves Defendant's motion for summary judgment.

MONROE, LOUISIANA, this 4th day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1